**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| **DEBRA MANSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:10-cv-00558-REL-RAW** |
| | ) | |
| **v.** | ) | **Judge  Longstaff** |
| | ) | **Magistrate Judge Walters** |
| **PARAGON WAY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2.    The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:**        June 15, 2011

**For Plaintiff, Debra Manson**

  /s David J. Steen
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:  (515) 724-3384
Facsimile:   (888) 418-1277
E-Mail:        dsteen@smithlaw.us

**For Defendant, Paragon Way, Inc.**

  /s with consent Charles L. Litow
Litow & Pech, P.C.
P.O. Box 2165
Cedar Rapids IA 52406
**Telephone:**    (319) 362-3000
**Facsimile:**    (319) 362-3277
**E-mail:**        charlie@litowlaw.com

1